IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| JANE DOE "C.L." | ) | |
| | ) | |
| Plaintiff | ) | Case No.: 6:23-cv-03278 |
| | ) | |
| | ) | |
| NEW PRIME, INC. d/b/a PRIME, INC. | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

**COMES NOW** Thomas J. Preuss of Preuss | Foster, and attorney for record of Jane Doe "C.L.", and for his Motion to Withdraw as Counsel states to the Court that:

1. Counsel previously entered his appearance on behalf of Jane Doe "C.L.".

2. Counsel Lucy Davis with Wagstaff & Cartmell, LLP has since entered her appearance on behalf of Jane Doe "C.L.".

3. Thomas Preuss and Preuss | Foster no longer represents Jane Doe "C.L." and Lucy Davis has no objection to counsel's request to withdraw.

4. Thomas Preuss requests this Court grant this request to withdraw without a hearing.

**WHEREFORE,** Thomas J. Preuss of Preuss | Foster, moves this Court for leave to withdraw as attorney of record for Jane Doe "C.L." in the above referenced case and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

**PREUSS | FOSTER**

*/s/ Thomas J. Preuss*
Thomas J. Preuss, MO 54923
Shawn G. Foster, MO 47663
11141 Overbrook Rd., Suite 104
Leawood, KS 66211

Ph. 816-307-2788  
Fax:816-336-9705  
Email: tjpreuss@pflaw.com  
sfoster@pflaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 14, 2023 a copy of the foregoing document was filed and served via ECF electronic filing to all counsel of record.

                                        */s/ Thomas J. Preuss*  
                                        Thomas J. Preuss

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| JANE DOE "C.L." | ) | |
| | ) | |
| Plaintiff | ) | Case No.: 6:23-cv-03278 |
| | ) | |
| | ) | |
| NEW PRIME, INC. d/b/a PRIME, INC. | ) | |

## ORDER GRANTING LEAVE TO WITHDRAW

**NOW** on this _____ day of _____, 2023, the Court having considered the Motion to Withdraw as Counsel finds that said motion should be granted.

**IT IS HEREBY ORDERED THAT** Thomas J. Preuss is granted leave to withdraw herein.

_____          _____
Date                                              Judge