IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE "C.L.", | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 6:23-cv-03278-RK |
| NEW PRIME, INC., | ) ) ) |
| Defendant. | ) ) |

## ENTRY OF APPEARANCE

COMES NOW Tina G. Fowler of the law firm of Ellis, Ellis, Hammons & Johnson, P.C., and hereby enters her appearance on behalf of the Defendant New Prime, Inc. in the above matter.

Respectfully submitted,

ELLIS ELLIS HAMMONS & JOHNSON, PC

By */s/ Tina G. Fowler*
Tina G. Fowler
Missouri Bar No. 48522
tfowler@eehjfirm.com
2808 S. Ingram Mill Rd., A-104
Springfield, Missouri 65804
Telephone: (417) 866-5091
Facsimile (417) 866-1064
Attorneys for Prime

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on the 16th day November, 2023, I electronically filed the above and foregoing document using the Court's e-filing system which sent notification to all counsel of record.

            */s/ Tina G. Fowler*
            Tina G. Fowler

2

Case 6:23-cv-03278-RK   Document 13   Filed 11/16/23   Page 2 of 2